UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 4:25-CR- 00078 |
| | : | |
| ELIO YOEL CARDONA-TORRES, | : | (Judge Brann) |
| AKA MANUEL LOZANO TORRE, | : | |
| AKA JOEL CARDOVA, AKA ELIO | : | |
| YOEL TORRES, | : | |
| Defendant. | : | |

FILED
HARRISBURG, PA
MAR 12 2025
PER_____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about February 22, 2025, in Bradford County, in the Middle District of Pennsylvania, the defendant,

**ELIO YOEL CARDONA-TORRES,**

an alien, was found in the United States in Bradford County, Pennsylvania, after having been removed from the United States pursuant to law on or about June 2, 2010, at or near Phoenix, Arizona, without first having obtained permission for re-entry into the United States as required by law.

Prior to his removal from the United States, Elio Yoel Cardona-Torres was convicted of an Aggravated Felony, as that term is defined in 8 United States Code, Section 1104(a)(43), to wit, a conviction in the State of Oregon for Delivery of a Controlled Substance (Heroin), punishable by greater than one year of imprisonment.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney                    GRAND JURY FOREPERSON

R. Zing - sub
ROBIN ZENZINGER                                  Date  3/12/2025
Assistant United States Attorney

2